# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK DAIGREPONT

VERSUS

EXXON MOBIL CORPORATION, EXXONMOBIL
OIL CORPORATION, EXXONMOBIL PIPELINE
COMPANY, TURNER INDUSTRIES GROUP,
LLC, TURNER INDUSTRIAL MAINTENANCE,
LLC, AND FLOWSERVE US, INC.

CONSOLIDATED WITH

RODNEY WANNER

VERSUS

EXXON MOBIL CORPORATION, EXXONMOBIL
GLOBAL SERVICES COMPANY, EXXONMOBIL
CHEMICAL COMPANY, EXXONMOBIL RESEARCH
& ENGINEERING COMPANY, BROCK
INDUSTRIAL SERVICES LLC, TOTAL SAFETY
U.S., INC., UNITED RENTALS (NORTH
AMERICA), INC., FLOWSERVE US, INC.
AND JONATHON ZACHARY

NO.   2019 CW 1368

**OCTOBER 24, 2019**

---

In Re:    Exxon Mobil Corporation, Brock Industrial Services
LLC, and Jonathan Zachary, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 657026 c/w 658372.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, LANIER, JJ.**

**WRIT GRANTED.**   We find that the trial court erred in
denying the motion for vocational examination solely for the
reason that a Rule 10.1 Conference was not held.   Further,
defendants have shown that plaintiff's physical and mental
condition is in controversy, that good cause exists for a
vocational examination, and plaintiff has notified defendants of
his intent to use a vocational rehabilitation expert.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT